**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

June 8, 2015

Hon. Michael W. Morris
Assistant Criminal District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Oscar Rene Flores
Attorney at Law
1308 South 10th Ave.
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00536-CR
Tr.Ct.No. CR-12-11090-H
Style:    THE STATE OF TEXAS v. JOSE BALANDRANO


    The above-referenced cause has been set for submission without oral argument on Monday, June 29, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Gina M. Benavides and Justice Gregory T. Perkes.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch